No. 476. STEAMSHIP BOWDOIN COMPANY, PLAINTIFF IN ERROR, *v.* INDUSTRIAL ACCIDENT COMMISSION OF THE STATE OF CALIFORNIA ET AL. In error to the Supreme Court of the State of California. Argued January 21, 1918. Decided March 4, 1918. *Per Curiam.* Judgment reversed upon the authority of *Southern Pacific Co.* v. *Jensen*, 244 U. S. 205; *Clyde Steamship Co.* v. *Walker*, 244 U. S. 255. *Mr. Edward J. McCutchen* and *Mr. Ira A. Campbell* for plaintiff in error. *Mr. Christopher M. Bradley* for defendants in error.

Nos. 474 AND 475. ALASKA PACIFIC STEAMSHIP COMPANY, PLAINTIFF IN ERROR, *v.* INDUSTRIAL ACCIDENT COMMISSION OF THE STATE OF CALIFORNIA ET AL. In error to the Supreme Court of the State of California. March 4, 1918. *Per Curiam.* Stipulations of counsel to the effect that the same judgments may be entered in these cases as in case No. 476, (next *supra*) having been filed, the judgments are therefore reversed and the cases remanded for further proceedings. *Mr. Ira A. Campbell* and *Mr. Edward J. McCutchen* for plaintiff in error. *Mr. Christopher M. Bradley* for defendants in error.

No. 539. JOHN KNOELL ET AL., PLAINTIFFS IN ERROR, *v.* UNITED STATES. In error to the United States Circuit Court of Appeals for the Third Circuit. Motion to dismiss submitted February 4, 1918. Decided March 4, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Macfadden* v. *United States*, 213 U. S. 288; *Friedman* v. *United States*, 244 U. S. 643. *Mr. R. O. Moon* and *Mr. William A. Gray* for plaintiffs in error. *The Solicitor General* for the United States.